149 A.3d 292

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER
v. SULAIMAN MASSAQUOI, DEFENDANT-
RESPONDENT.

Filed August 05, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001320-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.